In The United States District Court
For The Northern District of Texas
Ft Worth

Ronald Sutherland,  )
vs                  ) No. 4:19-CV-216-O
Sheriff Akin, et al. )    4:19-CV-216-O

Second Amendment / Supplement

Comes Now Sutherland and files this Second Amendment/Supplement, and he would show as follows:

Claims:

20) The delay and denial of care here at Wise County is a policy, practice, or custom. Sutherland came to the jail with grave medical needs from a motor vehicle accident. This delay/denial of treatment, that has been ordered by specialist(s), in favor of a "jail care" scenario (as officials/doctors at Wise Co. describe it) is not that of accepted professional judgment, practice standard. That failure to follow the professional judgment, practice standard is the proximate cause of the permanent damage to nerves and the loss of feeling and mobility in lower extremities that has occurred to Sutherland. As well

as the shrinking of tendons to agents in shoulder and pain of type 4 separation.

21) Dr. Shaw of JPS and Levaria, LVN, LVN at Tarrant County made rounds daily and were responsible for the care of the two men, Otis Shepard and Rouche Jenkins. They allowed the inmates care to lapse into the inmates living in feces, bloody bandages and trash. A condition that was compounded by officers lack of concern and lack of cleaning that constituted the deplorable conditions Sutherland was introduced into and lived in for days. Sutherland was basically forced to care for these inmates and change diapers, clean feces without gloves or proper protection for over 2 weeks until he was moved. These conditions were well below any standard of decency and were cruel and unusual. A camera in the cell documented this. A sgt. at Tarrent County stated she was aware of and had viewed the video, as did a captain and others.

22) Nurse Sarfor claims Sutherland's records from JPS and Tarrent County did not accompany him to Wise

Second Amend.    -2-

County. Sutherland saw these documents delivered by transport deputies from Tarrant County. This was a further flagrant attempt and a pattern to delay treatment for serious medical needs, primarily to reduce costs.

23) Sutherland has been segregated for months as a practice, policy here at Wise County of separating handicapped or disabled prisoners. States reason is a light hollow, aluminum cane. Yet, mop buckets, 1½" wood handles feet long on brooms and wood deck brushes are introduced into the cells daily. Seg on rec yard also. No contact with others. Sutherland is not a security risk and has no disciplinaries or assault convictions.

24) Rick Denney, jail admin. and final grievance authority could surely read medical files and intervene and allow proper medical treatment by outside surgeons and specialists. This would override his yes man and woman, Dr. Tibbels and Nurse Sartor, RESPECTIVELY. These delays have and are causing permanent damage

Second Amend  -3-

and pain/suffering, which serves no legitimate penalogical purpose.
25) Privacy and HIPAA violations are rampant here at Wise County. Medical files are left on display in main hallways and and medical is also break room for staff where all medical files are readily available. Jailers routinely read files and pass out medication and sit in on medical exams by providers.
26) Sutherland is a pretrial detainee and has not been convicted of a crime for 10 years.

Respectfully Submitted,
Ronald Sutherland

Unsworn Declaration
I, Ronald Sutherland, presently incarcerated in Wise County Jail 96265 do hereby declare under penalty of perjury that the factual allegations in this Second Amendment/Supplement are true and correct.
5/3/19
Ronald Sutherland

Second Amend -4-

Ronald Sutherland #96265
200 Rook Ramsey
Decatur, TX 76234
3/3/19

Clerk, US District Court
501 W. 10th St. Rm # 310
Ft Worth, TX 76102

Dear Sir/Madam:

Re: Sutherland v. Akin, et al. 4:19CV216-O
4:19-CV-216-O

Enclosed please find the originals times (2) two of Second Amendment/Supplement. Please file these among the other documents in this matter and bring it to the attention of the Court.

File stamp and return the enclosed copy of this letter in the provided SASE.

Thank you for your kind assistance in this matter.

Sincerely,
Ron Sutherland

CC: File
Encls: Second Amend

Ronald Sutherland #96265
200 Rook Ramsey Dr.
Decatur, TX 76234

CLERK OF DISTRICT COURT
NORTHERN DIST. OF TX
FORT WORTH DIVISION
RECEIVED

2019 MAY -8 PM 12:29

DEPUTY CLERK_____

Sutherland V Akin, et al.
# 4:19-cv-216-O

Legal
Mail

WCSO Jail
Inmate Mail

Clerk, U.S. District Court
501 W. 10th St. Rm # 310
Ft Worth, TX
76102

