IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RONALD SUTHERLAND, <br> (aka Ronald David Sutherland), <br> Plaintiff, <br><br> VS. <br><br> LANE AKIN, Sheriff, <br> Wise County, Texas et al., <br><br> Defendants. | § § § § § § § § § § § <br><br> Civil Action No. 4:19-cv-216-O |

**FINAL JUDGMENT AS TO SOME CLAIMS**
**UNDER FEDERAL RULE OF CIVIL PROCEDURE 54(B)**

This Court, in an order entered this same date, dismissed some of Plaintiff's claims and some defendants. Plaintiff has other claims that remain pending before the Court. There is no just reason for delay of the entry of judgment as to the claims and defendants already dismissed; the Court thus directs the entry of judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that the following claims are all **DISMISSED with prejudice** under 28 U.S.C. § 1915A(b)(1): (1) Sutherland's claims for violation of constitutional rights under 42 U.S.C. § 1983 against Lane Akin, Rick Denney, Dr. Dickinson, and the John and Jan Doe defendants in their individual capacities; (2) Sutherland's claims for violation of constitutional rights under 42 U.S.C. § 1983 against all individual defendants in an official capacity; and (3) all of Sutherland's claims under the Americans with Disabilities Act and under the Rehabilitation Act of 1973.

It is further **ORDERED**, **ADJUDGED**, and **DECREED** that all of Sutherland's potential pendant state law claims are **DISMISSED without prejudice** to asserting in state court.

**SIGNED** this **9th day** of **February, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE