

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

FT WORTH DIVISION

RONALD SUTHERLAND

VS                                                              4:19-CV-216-O

SHERIFF LANE AKIN, ET AL.

## NOTICE OF APPEAL

I, Ronald Sutherland, Plaintiff do hereby appeal the order that dismisses Gay and Shaw as defendants, a final order, entered 08/25/21, to the Fifth Circuit Court of Appeals.

09/08/21

Ronald Sutherland
1904 Collins
Wichita Falls, TX 76301